1  GERAGOS & GERAGOS
   644 S. Figueroa Street
2  Los Angeles, CA 90017-3411
   Tel:    (213) 625-3900
3  Fax:    (213) 625-1600
   Eugene P. Harris       (SBN 214545)
   Tamar G. Arminak       (SBN 238677)
4  Attorneys for Plaintiff
   WILLIAM LYNCH
5
   FOLEY & LARDNER LLP
6  ATTORNEYS AT LAW
   555 S. Flower Street, Suite 3600
   Los Angeles, CA 90071
7  Tel:    (213) 972-4500
   Fax:    (213)486-0065
8  Leila Nourani          (SBN 163336) lnourani@foley.com
   Attorneys for Defendant
9  THE ROMAN CATHOLIC BISHOP OF OAKLAND,
   a corporation sole
10 TOSCHI SIDRAN COLLINS & DOYLE
   100 Webster Street, Suite 200
11 Oakland, CA 94607
   Tel:    (510) 835-3400
12 Fax:    (510) 835-7800
   Gregory M. Doyle       (SBN 092155) gdoyle@toschisidran.com
   Thomas M. Crowell      (SBN 172799) tcrowll@toschisidran.com
13 Attorneys for Defendant
   THE CHRISTIAN FAMILY MOVEMENT, an Illinois Corporation
14
                  UNITED STATES DISTRICT COURT
15         FOR THE NORTHERN DISTRICT OF CALIFORNIA
16
   WILLIAM LYNCH,                        Case No: C10-04878-JCS
17
              Plaintiff,                 STIPULATION FOR EXTENSION OF TIME
18 vs.                                   TO RESPOND TO PLAINTIFF'S
                                         COMPLAINT
19 HOLY SEE (State of Vatican City), Its
20 Instrumentalities and/or Agents;
   ARCHDIOCESE OF OAKLAND IN
21 CALIFORNIA, an California corporation;
   THE ROMAN CATHOLIC ARCHBISHOP
22 OF OAKLAND IN CALIFORNIA, and
   successors, a corporation sole, dba THE
23 ARCHDIOCESE OF OAKLAND IN
   CALIFORNIA; THE JESUIT ORDER OF
24 OAKLAND, a corporation sole; THE
   CHRISTIAN FAMILY MOVEMENT; an
25 Illinois Corporation; and DOES 1-10,
26 inclusive,
                                         COMPLAINT FILED:  October 27, 2010
27            Defendants.
28
                                 -1-
   STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
                     Case No. C10-04878 JCS

Plaintiff WILLIAM LYNCH, and Defendants the ROMAN CATHOLIC BISHOP

OF OAKLAND and THE CHRISTIAN FAMILY MOVEMENT, through their

respective attorneys of record herein, respectfully stipulate, pursuant to Civil Local Rule

6-1, that Defendants ROMAN CATHOLIC BISHOP OF OAKLAND and THE

CHRISTIAN FAMILY MOVEMENT, shall have until **January 21, 2011** to answer or

otherwise respond to Plaintiff's complaint.


Dated: January 10, 2011     GERAGOS & GERAGOS, APC

_____
Eugene P. Harris
Tamar G. Arminak
Attorneys for Plaintiff
WILLIAM LYNCH

Dated: January 10, 2011     FOLEY & LARDNER LLP

_____
Leila Nourani
Attorneys for Defendant
THE ROMAN CATHOLIC BISHOP OF
OAKLAND, A CORPORATION SOLE

Dated: January 10, 2011     TOSCHI SIBRAN COLLINS & DOYLE

_____
Gregory M. Doyle
Thomas M. Crowell
Attorneys for Defendant
THE CHRISTIAN FAMILY MOVEMENT

Dated: 1/13/11

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
Case No. C10-04878 JCS