IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LYNCH,<br><br>    Plaintiff,<br><br>  v.<br><br>HOLY SEE, et al.,<br><br>    Defendants.<br>_____/ | No. C-10-4878 MMC<br><br>**ORDER DIRECTING DEFENDANT CHRISTIAN FAMILY MOVEMENT TO SUBMIT CHAMBERS COPY OF DOCUMENTS** |

On January 31, 2011, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS defendant Christian Family Movement to submit forthwith a chambers copy of each of the following documents it has electronically filed:

(1) Notice of Motion and Motion to Dismiss Plaintiff's Complaint, filed January 21, 2011;

(2) Request for Judicial Notice, filed January 21, 2011; and

(3) Re-Notice of Motion to Dismiss, filed January 31, 2011.

**IT IS SO ORDERED.**

Dated: February 3, 2011

MAXINE M. CHESNEY
United States District Judge