IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LYNCH,<br><br>    Plaintiff,<br><br>  v.<br><br>HOLY SEE (State of Vatican City), Its Instrumentalities and/or Agents; et al.,<br><br>    Defendants.<br>_____/ | No. C-10-4878 MMC<br><br>**ORDER DENYING AS MOOT CHRISTIAN FAMILY MOVEMENT'S MOTION TO DISMISS** |

    Plaintiff having filed on February 4, 2011 a Voluntary Dismissal with Prejudice of Defendant The Christian Family Movement,[1] the motion to dismiss filed January 21, 2011 by The Christian Family Movement is hereby DENIED as moot, and the March 11, 2011 hearing is hereby VACATED.

    **IT IS SO ORDERED.**

Dated: February 11, 2011

                                       MAXINE M. CHESNEY
                                       United States District Judge

---

[1] Plaintiff failed to provided the Court with a chambers copy of the Voluntary Dismissal. For future reference, plaintiff is reminded that, pursuant to Northern District General Order 45 and this Court's Standing Orders, parties are required to provide for use in chambers one paper copy of each document that is filed electronically, such copy to be delivered no later than noon on the day after the document is filed electronically.