IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LYNCH,<br><br>    Plaintiff,<br><br>  v.<br><br>HOLY SEE (State of Vatican City), Its Instrumentalities and/or Agents; et al.,<br><br>    Defendants.<br>_____/ | No. C-10-4878 MMC<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION; DENYING AS MOOT ROMAN CATHOLIC BISHOP OF OAKLAND'S MOTION TO DISMISS** |

    By order filed March 1, 2011, the Court directed plaintiff William Lynch to show cause, no later than March 18, 2011, why the instant action should not be dismissed for lack of subject matter jurisdiction. Plaintiff has not filed a response to the Court's order.

    Accordingly, for the reasons stated in the Court's March 1, 2011 order, the Court finds that it lacks subject matter jurisdiction over the claims in plaintiff's complaint, and hereby DISMISSES the above-titled action without prejudice.

    In light of the dismissal, the Court hereby DENIES as moot the motion to dismiss, filed February 7, 2011, by defendant Roman Catholic Bishop of Oakland, sued herein as the Jesuit Order of Oakland.

    The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: March 24, 2011

                                                     MAXINE M. CHESNEY<br>
                                                     United States District Judge