IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM LYNCH,

        Plaintiff,

  v.

HOLY SEE (State of Vatican City), Its Instrumentalities and/or Agents; et al.,

        Defendants.
                                      /

No. CV-10-4878 MMC

**JUDGMENT IN A CIVIL CASE**

      **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** the Court finds that it lacks subject matter jurisdiction over the claims in plaintiff's complaint, and hereby DISMISSES the above-titled action without prejudice.

Dated: March 31, 2011                                   Richard W. Wieking, Clerk

                                                                         *Tracy Lucero*

                                                                    By: <u>Tracy Lucero</u>
                                                                   <u>Deputy Clerk</u>